Civil Procedure, as amended by chapter 274 of the Laws of 1915, and section 2538 of the Code of Civil Procedure, as amended by chapter 275 of the Laws of 1915, to make the order appealed from, which directs a jury trial of the issues in said matter.".

*Nathan L. Miller* for appellants.

*John F. Connor* and *Charles D. Newton* for respondent.

Order affirmed, with costs, and questions certified answered in the affirmative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CITY OF GLENS FALLS, Respondent, *v.* THE COUNTY OF WARREN et al., Appellants.

*People ex rel. City of Glens Falls v. County of Warren*, 170 App. Div. 144, affirmed.

(Argued May 23, 1916; decided June 6, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 29, 1915, which sustained a writ of certiorari and reversed a determination of the board of supervisors of the county of Warren disallowing and rejecting a claim of the relator for an amount, being the county's share of the expense of building a bridge across the Hudson river extending from the city of Glens Falls, in Warren county, to the village of South Glens Falls, Saratoga county. The dividing line between the counties and between the city and the town is the center of the north channel of the Hudson river, which is formed by an island, and being the channel nearer the Warren county side. The question presented upon this appeal is whether

the county of Warren is liable for a proportionate share of the entire new bridge, or whether it is liable only for the portion of the bridge which spans the north channel, leaving the town of Moreau to pay exclusively, as it heretofore has, for the maintenance of the portion which spans the south channel, and for the highway across the island. Also whether Warren county is liable for any portion of the damages for the change in grade in the city of Glens Falls, and whether it can pass on the reasonableness of the length of the approaches.

*Loyal L. Davis* for appellants.

*J. Edward Singleton* for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.

---

JACOB WOLFIN, Respondent, *v.* THE SECURITY BANK OF NEW YORK, Appellant.

*Wolfin* v. *Security Bank of N. Y.*, 170 App. Div. 519, affirmed.
(Argued May 23, 1916; decided June 6, 1916.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 30, 1915, which affirmed a determination of the Appellate Term affirming a judgment of the Municipal Court of the city of New York in favor of plaintiff entered upon a decision of the court on trial without a jury in an action to recover from the defendant the sum of $450 and interest upon a certain check for the sum of $450 drawn by one Robert H. Bergman on the Twenty-third Ward Bank, payable to the order of one Samuel Litt. Prior to the delivery of the check to Litt, Bergman, the maker thereof, caused said Litt to indorse the same to this plaintiff and after such